IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KYLE HARVEY, *Natural and Biological Father of A.H., a Minor, Deceased,* ) ) )<br><br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br>GREAT CIRCLE, *et al.* )<br> )<br>Defendants. )<br> )<br> ) | Cause No. 4:19-cv-00902<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT GREAT CIRCLE'S MOTION TO DISMISS PLAINTIFF'S LAWSUIT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

COMES NOW Defendant Great Circle[1] and, pursuant to Federal Rule 12(b)(6), hereby moves for dismissal of Plaintiff's lawsuit for failure to state a claim upon which relief can be granted:

1. Plaintiff Kyle Harvey, allegedly the natural and biological father of A.H., a deceased minor, commenced a lawsuit against Great Circle by filing another[2] lawsuit (*see*, Harvey's New Petition attached to the notice of removal in the state court file) alleging claims for wrongful death under state law, and in pertinent part violations of federal law under 42 U.S.C. §§ 1983 and 1985.

2. Plaintiff's Complaint fails to state a claim upon which relief can be granted for three independent reasons: (1) qualified immunity pursuant to Missouri Statute §210.114; (2)

---

[1] Codefendant Kelly Ann Connelly has not yet been served but the reasons entitling Great Circle to dismissal are equally applicable to the individually named defendant.
[2] Kyle Harvey previously filed substantially the same lawsuit in the U.S. District Court, Eastern District of Missouri, see Case No. 4:17-cv-01021-NAB, which was dismissed on June 16, 2017 [see Doc. 12 in Case No. 4:17-cv-01021-NAB].

11245699

Section 210.135's immunity also applies and bars Plaintiff's lawsuit against Great Circle; and (3) there is no proximate causation between Great Circle's alleged negligence and decedent's death.

3.      Defendant Great Circle's memorandum in support filed contemporaneously and incorporated by reference herein sets forth the relevant arguments and citations to legal authorities relied upon.

WHEREFORE, Great Circle respectfully requests the Court dismiss Plaintiff's Complaint in its entirety for failure to state claims upon which relief may be granted.

SANDBERG PHOENIX & von GONTARD P.C.


By:     /s/ Casey F. Wong
Casey F. Wong, #62258MO
Stephen M. Strum, #37133MO
Philip C. Graham, #40345MO
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
cwong@sandbergphoenix.com
sstrum@sandbergphoenix.com
pgraham@sandbergphoenix.com

*Attorneys for Defendant*
*Great Circle*

### Certificate of Service

I hereby certify that on the 9th day of April 2019 the foregoing was filed electronically with the Clerk of the Court and served via electronic mail upon the following:

E. Ryan Bradley
Julia M. Kerr
The Bradley Law Firm
ryan@thebradleylawfirm.com
Julia@thebradleylawfirm.com
*Attorney for Plaintiff*

   /s/ Casey F. Wong

11245699