

**19JE-CC00148 - KYLE HARVEY V. GREAT CIRCLE (E-CASE)**

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending    Display Options: All Entries

---

**03/21/2019**  ☐ **Alias Summons Issued**
Document ID: 19-SMOS-15, for CONNELLY, KELLY ANN.

☐ **Summons Returned Non-Est**
Document ID - 19-SMCC-284; Served To - CONNELLY, KELLY ANN; Server - ; Served Date - 13-MAR-19; Served Time - 16:22:00; Service Type - Special Process Server; Reason Description - Non-est

**03/20/2019**  ☐ **Alias Summons Requested**
Request for Alias Summons.
  **Filed By:** Julia Magdalene Kerr
  **On Behalf Of:** KYLE HARVEY

☐ **Notice of Service**
Return of Service of Summons - Non Served - Defendant Connelly.
  **Filed By:** Julia Magdalene Kerr

☐ **Cert Serv of Interrog Filed**
Certificate of Service - Plaintiffs First Interrogatories and First Request for Production of Documents Directed to Defendant Great Circle.
  **Filed By:** Julia Magdalene Kerr

**03/19/2019**  ☐ **Summons Personally Served**
Document ID - 19-SMCC-283; Served To - GREAT CIRCLE-221 BOLIVAR ST, STE 101; Server - ; Served Date - 11-MAR-19; Served Time - 10:28:00; Service Type - Special Process Server; Reason Description - Served

☐ **Summ Req-Circuit Pers Serv**
Proof of Service - Defendant Great Circle.
  **Filed By:** Julia Magdalene Kerr
  **On Behalf Of:** KYLE HARVEY

**03/05/2019**  ☐ **Order - Special Process Server**
SO ORDERED: BRENDA STACEY, CIRCUIT JUDGE DIV. FOUR

**02/28/2019**  ☐ **Proposed Order Filed**
FOR SPS.

☐ **Motion Special Process Server**
Amended Motion for Appointment of Special Process Server; proposed Order.
  **Filed By:** Julia Magdalene Kerr
  **On Behalf Of:** KYLE HARVEY

**02/27/2019**  ☐ **Order - Denied**
MOTION DOES NOT ADVISE WHETHER ABC LEGAL COMPLIES WITH 54.14 FOR SERVICE IN NEW YORK. DENIED: BRENDA STACEY, CIRCUIT JUDGE DIV. FOUR

**02/26/2019**  ☐ **Summons Issued-Circuit**
Document ID: 19-SMCC-284, for CONNELLY, KELLY ANN.

---

# EXHIBIT B

|  |  |
|---|---|
|  | ☐ **Summons Issued-Circuit** |
|  | Document ID: 19-SMCC-283, for GREAT CIRCLE-221 BOLIVAR ST, STE 101. |
| **02/25/2019** | ☐ **Proposed Order Filed** |
|  | SENT TO DIV |
|  | ☐ **Filing Info Sheet eFiling** |
|  | **Filed By:** Julia Magdalene Kerr |
|  | ☐ **Motion Special Process Server** |
|  | Motion to Appoint Special Process Server; proposed Order. |
|  | **Filed By:** Julia Magdalene Kerr |
|  | **On Behalf Of:** KYLE HARVEY |
|  | ☐ **Pet Filed in Circuit Ct** |
|  | Petition for Wrongful Death. |
|  | ☐ **Judge Assigned** |