UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE HARVEY, Natural and Biological Father of A.H., a Deceased Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:19-CV-902-NAB |
| GREAT CIRCLE, et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's "FRCP 37 Motion for an Order to Compel Disclosure and Discovery and Sanctions." [Doc. 42.] After the completion of briefing, the Court held a hearing on Plaintiff's motion on February 18, 2020. After the conclusion of oral argument, the Court makes the following rulings. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's FRCP 37 Motion for an Order to Compel Disclosure and Discovery and Sanctions is **DENIED without prejudice**. [Doc. 42.]

**IT IS FURTHER ORDERED** that the parties shall meet and confer on the discovery issues that remain outstanding.

**IT IS FURTHER ORDERED** that if the parties have any outstanding issues after the meet and confer, the parties may brief any remaining issues in a motion with memorandum of law in support, including any relevant arguments and citations to any authorities on which the party relies. *See* E.D. Mo. L.R. 4.01(A).

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of February, 2020.