UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KYLE HARVEY, NATURAL AND BIOLOGICAL FATHER OF A.H., A MINOR, DECEASED,, )<br><br>Plaintiff, )<br><br>v. )<br><br>GREAT CIRCLE, ET. AL., )<br><br>Defendants. ) | Cause No. 4:19-cv-00902<br><br>Division No. |

## MOTION FOR LEAVE TO AMENDED COMPLAINT AND JOIN ADDITIONAL PARTY DEFENDANTS

**COMES NOW** Plaintiff, Kyle Harvey, by and through attorney E. Ryan Bradley of The Bradley Law Firm and pursuant to Fed R. Civ. P. 15 for leave to file an Amended Complaint and pursuant to Fed R. Civ. P. 19, or in the alternative Fed R. Civ. P. 20, add additional party defendants and in support thereof states as follows:

1. Under the current scheduling order, Plaintiff was afforded time to file an Amended Complaint on or before March 16, 2021.

2. Under the current scheduling order, Plaintiff was afforded until March 16, 2021 to add additional party defendants to this cause of action.

3. Plaintiff has a good faith basis to believe Defendant Emily Ann Rinehart was working for and/or employed with Defendant Great Circle and/or Missouri Alliance, a party Plaintiff seeks to add as a Defendant. Plaintiff seeks leave to add her as a party defendant under

FRCP 19 as a required party whose absence from this case would result in incomplete relief to Plaintiff and disposing of this action in her absence would impair and/or impeded Plaintiff's ability to obtain full and complete relief. In the alternative, Plaintiff seeks to add Emily Ann Rinehart under FRCP 20 on the basis that Plaintiff's right to relief is asserted against her jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences and common questions of law and fact are common to all defendants as more fully set forth in **Exhibit 1**, the proposed Amended Complaint, whose contents of which are incorporated herein by reference as the basis for adding Rinehart to this cause of action.

4. Plaintiff has a good faith basis to believe Defendant Missouri Alliance for Children and Families LLC is a proper party defendant. Plaintiff seeks leave to add Missouri Alliance as a party defendant under FRCP 19 as a required party whose absence from this case would result in incomplete relief to Plaintiff and disposing of this action in her absence would impair and/or impeded Plaintiff's ability to obtain full and complete relief. In the alternative, Plaintiff seeks to add Missouri Alliance under FRCP 20 on the basis that Plaintiff's right to relief is asserted against her jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences and common questions of law and fact are common to all defendants as more fully set forth in **Exhibit 1**, the proposed Amended Complaint, the contents of which are incorporated herein by reference as the basis for adding Missouri Alliance for Children and Families LLC to this cause of action.

5. That no party to this matter will be prejudiced by the amending of Plaintiff's Complaint or adding these defendants.

6. That it is in the interest of justice to allow Plaintiff to amend his Complaint and add these defendants.

7. Plaintiff's proposed Amended Complaint is attached hereto as **Exhibit 1**.

**WHEREFORE**, Plaintiff respectfully requests this Court SUSTAIN Plaintiff's Motion and deem Plaintiff's proposed Amended Complaint FILED instanter and for any such other and further relief as this Court deems appropriate under the circumstances.

                                                Respectfully submitted,

By: /s/E. Ryan Bradley
E. Ryan Bradley, #53777
The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2765 (fax)
Ryan@thebradleylawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Thursday, January 28, 2021, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **Courts E-Filing System** which was sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to.

Casey F. Wong
Sandberg, Phoenix & von Gontard
Attorney For: Great Circle
600 Washington Ave - 15th Floor
St. Louis, MO  63101
Phone: (314) 231-3332
Fax: (314) 241-7604
Email Address: cwong@sandbergphoenix.com

Philip C. Graham
Sandberg Phoenix & von Gontard

Attorney For: Great Circle
600 Washington Ave - 15th Floor
St. Louis, MO  63101
Phone: (314) 231-3332
Fax: (314) 241-7604
Email Address: pgraham@sandbergphoenix.com

Stephen M. Strum
Sandberg Phoenix & von Gontard
Attorney For: Great Circle
600 Washington Ave - 15th Floor
St. Louis, MO  63101
Phone: (314) 231-3332
Fax: (314) 241-7604
Email Address: sstrum@sandbergphoenix.com


/s/E. Ryan Bradley