UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KYLE HARVEY, Natural and Biological Father of A.H., A Deceased Minor, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) Cause No. 4:19-cv-00902 |
| GREAT CIRCLE and KELLY ANN CONNELLY | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**Defendants Great Circle and Kelly Connelly's
Local Rule 13.05(A)(4)(c) Redacted Copy of Sealed Material**

On November 10, 2021, defendants Great Circle and Kelly Connelly filed a Motion for Leave to File Under Seal (Doc. 132) certain confidential exhibits cited in their Statements of Uncontroverted Material Facts (Docs. 136 and 139). On November 23, 2021, the Court entered an Order granting Defendants' Motion for Leave to File Under Seal Confidential Exhibits Their Statement of Uncontroverted Material Facts (Doc. 132) and, pursuant to Local Rule 13.05(A)(4)(c), ordering Defendants to file public, redacted copies of the documents or a sealed memorandum explaining why Defendants cannot file redacted copies. Accordingly, Defendants are concurrently filing Exhibit A unredacted, redacted copies of Exhibits B and C, and a sealed memorandum explaining why Defendants cannot file redacted copies of Exhibits D-G.

1

Respectfully submitted,

SANDBERG PHOENIX & von GONTARD P.C.

By:   */s/ Casey F. Wong*
Casey F. Wong, #62258MO
Stephen M. Strum, #37133MO
Philip C. Graham, #40345MO
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
cwong@sandbergphoenix.com
sstrum@sandbergphoenix.com
pgraham@sandbergphoenix.com

*Attorneys for Defendants*
*Great Circle and Kelly Ann Connelly*

## Certificate of Service

I hereby certify that on the 30th day of November 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, which caused it to be served upon all counsel of record.

*/s/ Casey F. Wong*

2

16282119